UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Petitioner,

v.                                                                             Case No. 07-MC-70

LOREN MEYERS ,

        Respondent.

---

UNITED STATES OF AMERICA,

        Petitioner,

v.                                                                               Case No. 07-MC-71

JUDITH MEYERS ,

        Respondent.

**ORDER**

      These matters came before the court on an order to show cause why the respondents should not be compelled to comply with an Internal Revenue Service summons directing them to provide information regarding their tax liability for tax years 2001 through 2005. Respondent Judith Meyers appeared and advised the court and Assistant United States Attorney Lisa Warwick that she and her husband had retained an accountant to prepare the tax returns for the years in question. Based upon the representations made by Ms. Meyers, and at the request of the petitioner;

      **IT IS HEREBY ORDERED** that Ms. Meyers provide a letter from her accountant indicating the likely date of completion of the tax returns for the years in question on or before October 27, 2007.

**IT IS FURTHER ORDERED** that a status conference will be held in this matter on November 30, 2007, at 9:00 a.m. In the event the parties wish to appear by telephone, they must provide the clerk of court the telephone number at which they may be reached at least two days ahead of the scheduled hearing.

Dated this   17th   day of October, 2007.

s/ William C. Griesbach
William C. Griesbach
United States District Judge